UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Avadyaev,

                         Plaintiff(s),

        -against –

Homesite Insurance Company of New York,
                         Defendant(s).
-------------------------------------------------------------X

**O R D E R**

7:24-CV-08463 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: June 9, 2025

      White Plains, New York

*Cathy Seibel*
_____
CATHY SEIBEL, U.S.D.J.